AO 451 (Rev. 2/86) Certification of Judgment ⊕

**01-4915**

# United States District Court

**MIDDLE** DISTRICT OF **FLORIDA**

CIV-SEITZ
MAGISTRATE JUDGE
GARBER

POLAR SHIPPING COMPANY, ET AL.

V.

JOSEPH C. STEHLIN, ET AL.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

NIGHT BOX
FILED

DEC 5 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

Case Number:   3:98-cv-842-J-16

I, **SHERYL L. LOESCH**, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on **April 3, 2001**, as it appears in the records of this court, and that
_Date_

\* **no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.**

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

**November 30th, 2001**       .
_Date_

Sheryl L. Loesch
_Clerk_

(By) Deputy Clerk

Case # 01-4915
Judge PAS    Mag Garber
Mom Itp ___    Fee pd $ 33.00
Receipt # 853780

---

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

01-4915

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

01 APR -3 PM 12: 28

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

POLAR SHIPPING COMPANY, LTD.
and UNITED CONTAINER SERVICES
(DEUTSCHLAND) GmbH,

    Plaintiffs,

v.

JOSEPH C. STEHLIN, GREEN COVE
MARITIME, INC., and ARAWAK
CARRIBEAN LINE, LTD.,

    Defendants.
_____/

CIV - SEITZ

MAGISTRATE JUDGE
CASE NO. 3:98-cv-842-J-16TJC

FILED
DEC 2001

CERTIFIED A TRUE COPY CLARENCE MADDOX
SHERYL L. LOESCH, CLERK CLERK USDC / SDFL / MIA
U. S. DISTRICT COURT
By: _____
Deputy Clerk

**JUDGMENT**

Upon trial of this matter and consideration of all of the evidence and the entire record herein, this Court hereby enters FINAL JUDGMENT in favor of the Plaintiff Polar Shipping Company, Ltd., and against Defendants Joseph C. Stehlin, Green Cove Maritime, Inc., and Arawak Carribean Line, Ltd., jointly and severally in the amount of one million five hundred seventy three thousand one hundred thirty four dollars and forty two cents ($1,573,134.42), for which let execution issue.

**SO ORDERED** this 3rd day of April, 2001, in chambers at Jacksonville, Florida.

    _____
    JOHN H. MOORE II
    UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
              Courtroom Deputy

1

32

AO 72A
(Rev.8/82)